PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-po-00241-SAB |
| Plaintiff, | [Citation #FBEU0009] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| CELIA ROCHA, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Case No. 1:16-po-00241-SAB [Citation #FBEU0009] against CELIA ROCHA without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 19, 2016                         Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                Acting United States Attorney

                                        By:     /s/ Michael G. Tierney
                                                MICHAEL G. TIERNEY
                                                Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:16-po-00241-SAB [Citation #FBEU0009] against CELIA ROCHA be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **October 19, 2016**

UNITED STATES MAGISTRATE JUDGE